IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

TOMMY TUCKER, JR.,

    Plaintiff,

v.

SARA LEE BAKERY GROUP,

    Defendant.

CIVIL ACTION

NO. 1:05-cv-447-WBH

## ORDER

Before the Court is Defendant's motion to dismiss [6] filed May 16, 2005. Plaintiff has not responded. Pursuant to Local Rule 7.1B, the motion is GRANTED as unopposed. The Clerk is DIRECTED to close this case.

It is so ORDERED, this ___ day of June, 2005.

Willis B. Hunt, Jr.
Judge, United States District Court